PER CURIAM.
We have reviewed the briefs and record on appeal and heard oral argument. On the basis thereof, we are of the opinion that no reversible error has been made to clearly appear. The judgment appealed from is, therefore, affirmed. See Abner’s Beef House Corp. v. Abner’s Internat’l, Inc., *170 Fla.1969, 227 So.2d 865; Junior Food Stores of W. Fla. v. Jr. Food Stores, Inc., Fla.1969, 226 So.2d 393; Tampa Wholesale Co. v. Foodtown, U.S.A., Inc., Fla.App. 1964, 166 So.2d 711; and Stagg Shop of Miami, Inc. v. Moss, Fla.App.1960, 120 So.2d 39. See also Hot Shoppes, Inc. v. Hot Shoppe, Incorporated, D.C.M.D.N.C. 1962, 203 F.Supp. 777; and Hanover Star Milling Co. v. Metcalf, 1915, 240 U.S. 403, 36 S.Ct. 357, 60 L.Ed. 713.
Affirmed.
WALDEN, CROSS and MAGER, JJ., concur.